**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael Eugene FARMER, Defendant—Appellant.**

**No. 09–8147.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Sept. 30, 2010.

judge, as permitted by 28 U.S.C. § 636(c) (2006).

Michael Eugene Farmer, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Farmer appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Farmer*, No. 5:02–cr–00131–BO–1 (E.D.N.C. filed Nov. 20, 2009, entered Nov. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*